IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30813
_____

GEORGIA PACIFIC CORPORATION

Plaintiff - Appellant

v.

GRANITE STATE INSURANCE COMPANY

Defendant

CERTAIN UNDERWRITERS AT LLOYD'S LONDON;
CERTAIN LONDON MARKET INSURANCE COMPANIES

Defendants - Appellees

_____
Appeal from the United States District Court
for the Middle District of Louisiana
(90-CV-1195-A)
_____
August 7, 1997

Before KING, DUHE' and WIENER, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for

essentially the reasons given by the district court.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.